UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Pure Barnyard, Inc.</u>

        v.                           Civil No. 08-cv-501-JL

<u>Organic Laboratories, Inc.</u>

<u>O R D E R</u>

TO: Defendant, Organic Laboratories, Inc. And Results Capital Group, Inc.

Court records indicate the withdrawal of Cynthia Sullivan, Esq., James Finnigan, Esq., and Jeffrey Loeb, Esq. as your counsel.

An appearance by new counsel of record must be filed by November 10, 2009. *See* Local Rule 83.6(c) and (d). If no new appearance is received by the time specified, the file will be referred to the clerk for entry of the default pursuant to Fed. R. Civ. P. 55(a).

In light of this Order, the Preliminary Pretrial Conference scheduled for October 26, 2009 is herewith rescheduled to Tuesday, November 24, 2009 at 11 AM. If the parties wish to file a Revised Discovery Plan, the revised plan shall be filed by November 19, 2009.

                                                    By the Court,

                                                    /s/ Joe Laplante

October 21, 2009

                                                    Joseph N. Laplante
                                                   United States District Judge

cc:    William Gannon, Esq.
           Mark Weaver, Esq.