UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Pure Barnyard, Inc.

      v.                          Civil No. 08-cv-501-JL

Organic Laboratories, Inc. Et al

ENTRY OF DEFAULT AS TO
Results Capital Group, Inc.

The above-named party having failed to respond within the time and in the manner provided by Fed. R. Civ. P. 12, default is herewith entered without prejudice as to that party in accordance with Local Rule 55.1.  Should counsel file an appearance on behalf of Results Capital, the Court may consider vacating default.

A damages hearing will be scheduled upon adjudication of all the remaining claims or parties.

SO ORDERED

February 25, 2011

_____
Joseph N. Laplante
United States District Judge

cc:    Mark F. Weaver, Esq.
       William S. Gannon, Esq.
       Robert H. Miller, Esq.
       Courtney H. G. Herz , Esq.
       Christopher Cole, Esq.
       David Webb, Pro se