# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Pure Barnyard, Inc.</u>

    v.                                    Civil No. 08-cv-501-JL

<u>Organic Labroatories, Inc.</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from this case.

SO ORDERED.

                                        _____
                                        Landya B. McCafferty
                                        United States Magistrate Judge

Date:  September 8, 2011

cc:   Gary W. Callahan, Esq.
       Christopher Cole, Esq.
       William S. Gannon, Esq.
       Courtney H.G. Herz, Esq.
       Karyl Roberts Martin, Esq.
       Robert H. Miller, Esq.
       Byeongsook Seo, Esq.
       Mark F. Weaver, Esq.